APPEAL,PBrecused,TRLSET

# U.S. District Court
# District of New Hampshire (Concord)
# CIVIL DOCKET FOR CASE #: 1:12–cv–00040–LM

Isaacs v. Dartmouth Hitchcock Medical Center et al
Assigned to: District Judge Landya B. McCafferty
 Related Case:  1:12–cv–00413–SM
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 02/03/2012
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**J. D. Isaacs**                                   represented by   **J. D. Isaacs**
3553 West Chester Pike, Unit #177
Newtown Square, PA 19073
212 257–0737
Email: jdi@alum.dartmouth.org
PRO SE

**John F. Skinner , III**
Skinner Rivard Law Offices
587 Union St, 2nd Fl
Manchester, NH 03104
603 622–8100
Fax: 888 912–1497
Email: attorneyskinner@gmail.com
*TERMINATED: 07/18/2013*
*LEAD ATTORNEY*

**Keith Mathews**
Skinner Rivard Law Offices
587 Union St, 2nd Fl
Manchester, NH 03104
603 622–8100
Email: keith.mathews@skinnerrivard.com
*TERMINATED: 07/18/2013*

**Patrick W. Rivard**
Skinner Rivard Law Offices
530 Chestnut St., 3rd Fl.
Manchester, NH 03101
603 622–8100
Email: pwrivard@skinnerrivard.com
*TERMINATED: 07/19/2013*

**Plaintiff**

**J. D. Isaacs**                                   represented by   **J. D. Isaacs**
(See above for address)
PRO SE

V.

**Defendant**

**Dartmouth Hitchcock Medical Center**            represented by   **Christopher James Pyles**
Sulloway &Hollis PLLC
9 Capitol St
PO Box 1256
Concord, NH 03302–1256
603 223–2834
Email: cpyles@sulloway.com
*ATTORNEY TO BE NOTICED*

**Edward M. Kaplan**
Sulloway &Hollis
9 Capitol St
PO Box 1256
Concord, NH 03302–1256
603 224–2341
Email: ekaplan@sulloway.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Hitchcock Memorial Hospital**            represented by   **Christopher James Pyles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward M. Kaplan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dartmouth College Trustees**            represented by   **Edward M. Kaplan**
*TERMINATED: 02/06/2013*                                             Sulloway &Hollis PLLC
9 Capitol St
PO Box 1256
Concord, NH 03302–1256
603 224–2341
Email: ekaplan@sulloway.com
*ATTORNEY TO BE NOTICED*

**Kathleen C. Peahl**
Wadleigh Starr &Peters PLLC
95 Market St
Manchester, NH 03101
603 669–4140
Email: kpeahl@wadleighlaw.com
*TERMINATED: 02/06/2013*
*ATTORNEY TO BE NOTICED*

**Pierre A. Chabot**

Wadleigh Starr &Peters PLLC
95 Market St
Manchester, NH 03101
603 206–7204
Email: pchabot@wadleighlaw.com
*TERMINATED: 02/06/2013*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christine T. Finn**                    represented by  **Kathleen C. Peahl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward M. Kaplan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pierre A. Chabot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jim Yong Kim**                    represented by  **Kathleen C. Peahl**
*TERMINATED: 02/06/2013*                    (See above for address)
*TERMINATED: 02/06/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pierre A. Chabot**
(See above for address)
*TERMINATED: 02/06/2013*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Douglas Noordsy**                    represented by  **Kathleen C. Peahl**
*TERMINATED: 02/06/2013*                    (See above for address)
*TERMINATED: 02/06/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pierre A. Chabot**
(See above for address)
*TERMINATED: 02/06/2013*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dartmouth Medical School**
*TERMINATED: 03/05/2013*

**Defendant**

**Trustees of Dartmouth College**      represented by  **Kathleen C. Peahl**
*d/b/a Dartmouth Medical School*                     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Pierre A. Chabot**
                                        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/03/2012 | 1 | | COMPLAINT against Dartmouth College Trustees, Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital with Jury Demand ( Filing fee $ 350 receipt number 14649006121) filed by J. D. Isaacs. (Attachments: # 1 Civil Cover Sheet, # 2 Summons – Waiver)(amm) (Entered: 02/06/2012) |
| 02/03/2012 | 2 | | MOTION to Obtain ECF Login and Password filed by J. D. Isaacs.(amm) (Entered: 02/06/2012) |
| 02/03/2012 | | | Case assigned to Judge Paul J. Barbadoro. The case designation is: 12–cv–40–PB. Please show this number with the judge designation on all future pleadings. (amm) (Entered: 02/06/2012) |
| 02/03/2012 | | | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE.(amm) (Entered: 02/06/2012) |
| 02/06/2012 | 3 | | Summons(es) Issued by Mail as to Dartmouth College Trustees, Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Notice ECF)(amm) (Entered: 02/06/2012) |
| 02/08/2012 | 4 | | **ORDER OF RECUSAL. Judge Paul J. Barbadoro recused. The case shall be assigned to another judge. So Ordered by Judge Paul J. Barbadoro.(vln)** (Entered: 02/08/2012) |
| 02/10/2012 | | | Case reassigned to Chief Judge Joseph N. Laplante. The new case designation is: 12–cv–40–JL. Please show this number with the correct judge designation on all further pleadings. (vln) (Entered: 02/10/2012) |
| 02/10/2012 | | | **ENDORSED ORDER granting 2 Motion to Obtain ECF Login and Password. *Text of Order: Granted.* So Ordered by Chief Judge Joseph N. Laplante.(dae)** (Entered: 02/10/2012) |
| 02/15/2012 | 5 | | Return of Service Executed as to Dartmouth College Trustees, Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital by J. D. Isaacs. Served/Mailed on 2/7/2012. Answer Follow Up on 3/2/2012.(dae) (Entered: 02/15/2012) |

| 02/27/2012 | 6 | | MOTION to Quash Service filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. Follow up on Objection on 3/15/2012. (Attachments: # 1 Exhibit (Affidavit) A – Affidavit of Edward Kaplan, # 2 Exhibit B – 2/10/12 Correspondence, # 3 Exhibit C – 2/7/12 e–mail, # 4 Exhibit D – 1/23/12 Correspondence)(Kaplan, Edward) (Entered: 02/27/2012) |
| --- | --- | --- | --- |
| 02/27/2012 | 7 | | REFILED, See 9 . MOTION to Quash Service filed by Dartmouth College Trustees. Follow up on Objection on 3/15/2012. (Attachments: # 1 Exhibit (Affidavit) Affidavit, # 2 Exhibit Letter to Dr. Isaacs)(Peahl, Kathleen) Modified on 3/12/2012 to add: REFILED, See 9 .(dae). (Entered: 02/27/2012) |
| 02/28/2012 | | | NOTICE of ECF Filing Error re: 7 MOTION to Quash Service filed by Dartmouth College Trustees. Documents must be provided in an electronically converted PDF text searchable format in accordance with A.P. 2.3(a). Consistent with A.P. 2.7(a)(2) a signature on an electronically filed document shall be in the following format: /s/ Kathleen C. Peahl. Also, per the Supplemental Rules of Electronic Case Filing, affidavits prepared in the context of the litigation shall be filed in electronically converted PDF format and shall contain a /s/ signature for both the signator and the notary/jurat. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603–225–1474. Notice of Compliance Deadline set for 3/9/2012.(dae) (Entered: 02/28/2012) |
| 02/28/2012 | 8 | | MOTION to Strike 6 Motion to Quash, filed by J. D. Isaacs. Follow up on Objection on 3/16/2012. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Isaacs, J.) (Entered: 02/28/2012) |
| 02/28/2012 | 9 | | MOTION to Quash Service of Process filed by Dartmouth College Trustees. Follow up on Objection on 3/16/2012. (Attachments: # 1 Exhibit (Affidavit) A – Affidavit of Atty. Peahl, # 2 Exhibit B – Letter to Dr. Isaacs)(Peahl, Kathleen) (Entered: 02/28/2012) |
| 02/28/2012 | | | NOTICE of ECF Filing Error re: Exhibits to 8 MOTION to Strike 6 Motion to Quash, filed by J. D. Isaacs. No description of exhibits was included. Exhibits shall be followed by a short description of the document and shall not exceed five words. AP 2.5(a). See How to Properly Attach Exhibits to Pleadings. NO ACTION REQUIRED – FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603–225–1474.(dae) (Entered: 02/28/2012) |
| 02/29/2012 | 10 | | Joint MOTION to Extend Time to Answer filed by Dartmouth College Trustees. Follow up on Objection on 3/19/2012.(Peahl, Kathleen) (Entered: 02/29/2012) |
| 03/01/2012 | | | **ENDORSED ORDER granting 10 Motion to Extend Time to Answer. *Text of Order: Granted.* So Ordered by Chief Judge Joseph N. Laplante.(jb)** (Entered: 03/01/2012) |
| 03/13/2012 | 11 | | OBJECTION to 8 MOTION to Strike 6 Motion to Quash, filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Memorandum of Law In Support of Objection to Motion |

| | | | |
|---|---|---|---|
| | | | to Strike)(Kaplan, Edward) (Entered: 03/13/2012) |
| 03/22/2012 | 12 | | REPLY to Objection to Motion re 8 MOTION to Strike 6 Motion to Quash, filed by J. D. Isaacs. (Attachments: # 1 Exhibit A – Claims against pending individual defendants)(Isaacs, J.) (Entered: 03/22/2012) |
| 03/25/2012 | 13 | | AMENDED COMPLAINT against All Defendants with jury demand filed by J. D. Isaacs. (Attachments: # 1 Exhibit A – Statement of Plaintiff, # 2 Exhibit B – Evidence of HIPAA breach, # 3 Exhibit C – Selected correspondence from Dartmouth, # 4 Exhibit D – Extracts of Plaintiff's intended ethics complaint, # 5 Summons – Waiver Summons re Defendant Finn, # 6 Summons – Waiver Summons re Defendant Kim, # 7 Summons – Waiver Summons re Defendant Noordsy)(Isaacs, J.) (Entered: 03/25/2012) |
| 03/26/2012 | | | NOTICE of Hearing. Telephone Conference set for 3/30/2012 11:30 AM before Chief Judge Joseph N. Laplante. The court will initiate the call.(dae) (Entered: 03/26/2012) |
| 03/27/2012 | 14 | | Summons(es) Issued Electronically as to Douglas Noordsy, Jim Yong Kim, Christine T Finn. **NOTICE: Counsel shall print and serve the summons(es) and all attachments in accordance with Fed.R.Civ.P.4.** (Attachments: # 1 Notice ECF)(amm) (Entered: 03/27/2012) |
| 03/27/2012 | 15 | | AFFIDAVIT of Service of Complaint/Summons as to Jim Yong Kim filed by J. D. Isaacs. Served/Mailed on 3/27/2012. Answer Follow Up on 4/20/2012. (Attachments: # 1 Exhibit (Affidavit) Affidavit of Service)(Isaacs, J.) (Entered: 03/27/2012) |
| 03/27/2012 | 16 | | AFFIDAVIT of Service of Summons/Complaint as to Christine T Finn, Douglas Noordsy filed by J. D. Isaacs. Served/Mailed on 3/27/2012. Answer Follow Up on 4/20/2012. (Attachments: # 1 Exhibit (Affidavit) Affidavit of Service re Finn, # 2 Exhibit (Affidavit) Affidavit of Service re Noordsy)(Isaacs, J.) (Entered: 03/27/2012) |
| 03/30/2012 | | | Minute Order for TELEPHONE CONFERENCE held on 3/30/2012 before Chief Judge Joseph N. Laplante: The following motions are withdrawn as moot: 6 Motion to Quash Service, 8 Motion to Strike Motion to Quash 6 ; and 9 Motion to Quash Service of Process. By agreement, defendants served with the Amended Complaint and have 21 days to respond. (Court Reporter: Susan Bateman) (Pltfs Atty: J. D. Isaacs) (Defts Atty: Edward Kaplan, Kathleen Peahl)(Total Hearing Time: 30 minutes) (dae) (Entered: 03/30/2012) |
| 04/11/2012 | 17 | | TRANSCRIPT of Proceedings for Telephone Conference held on March 30, 2012. Court Reporter: Susan Bateman, Telephone # 603–225–1453. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number. <br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact** |

| | | | |
|---|---|---|---|
| | | | **any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 5/7/2012. Redacted Transcript Follow Up 5/17/2012. Release of Transcript Restriction set for 7/12/2012.(dae) (Entered: 04/11/2012) |
| 04/20/2012 | 18 | | Disclosure Statement by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital disclosing n parent companies, and merger agreement (Kaplan, Edward) (Entered: 04/20/2012) |
| 04/20/2012 | 19 | | See Amended Answer Doc. 25 . ANSWER to 13 Amended Complaint, filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital.(Kaplan, Edward) Modified on 4/23/2012 to take out: with jury demand – no request in Answer (dae). Modified on 4/30/2012 to add: See Amended Answer Doc. 25 . (dae). (Entered: 04/20/2012) |
| 04/20/2012 | 20 | | ANSWER to 13 Amended Complaint, filed by Dartmouth College Trustees, Christine T Finn, Jim Yong Kim, Douglas Noordsy.(Peahl, Kathleen) (Entered: 04/20/2012) |
| 04/20/2012 | 21 | | MOTION to Dismiss filed by Dartmouth College Trustees, Christine T Finn, Jim Yong Kim, Douglas Noordsy. Follow up on Objection on 5/7/2012. (Attachments: # 1 Memorandum of Law, # 2 Declaration, # 3 Exhibit A – Resident Agreement of Appointment, # 4 Exhibit B – Charter of Dartmouth College, # 5 Exhibit C – Articles of Agreement, # 6 Exhibit D – Chapter 236)(Peahl, Kathleen) (Entered: 04/20/2012) |
| 04/20/2012 | 22 | | Disclosure Statement by Dartmouth College Trustees disclosing no parent companies, and no merger agreement (Peahl, Kathleen) (Entered: 04/20/2012) |
| 04/20/2012 | 23 | | NOTICE of Attorney Appearance by Kathleen C. Peahl on behalf of Dartmouth College Trustees, Christine T Finn, Jim Yong Kim, Douglas Noordsy (Peahl, Kathleen) (Entered: 04/20/2012) |
| 04/26/2012 | 24 | | Assented to MOTION to Amend 19 Answer to Amended Complaint filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Exhibit A – Amended Answer to Complaint)(Kaplan, Edward) (Entered: 04/26/2012) |
| 04/27/2012 | | | **ENDORSED ORDER granting 24 Motion to Amend 19 Answer to 13 Amended Complaint. *Text of Order: Granted.* So Ordered by Chief Judge Joseph N. Laplante.(jb)** (Entered: 04/27/2012) |
| 04/30/2012 | 25 | | AMENDED ANSWER to 13 Amended Complaint, with jury demand by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital.(Kaplan, Edward) (Entered: 04/30/2012) |
| 05/03/2012 | 26 | | OBJECTION to 21 MOTION to Dismiss filed by J. D. Isaacs. (Attachments: # 1 Exhibit A– Message of Chairman Green, # 2 Exhibit B–Dartmouth College training sites, # 3 Exhibit C–Dartmouth College psychiatry opportunities, # 4 Exhibit D–Plaintiff's Dartmouth College employee ID, # 5 Exhibit E–Dartmouth College Ethics Policy, # 6 Exhibit F–Postconcussive prognostics by Dartmouth's McAllister, # 7 Exhibit (Affidavit) Affidavit of |

| | | | |
|---|---|---|---|
| | | | Michael Payne Esq, #8 Exhibit (Affidavit) Affidavit of Dr William Isaacs)(Isaacs, J.) (Entered: 05/03/2012) |
| 05/07/2012 | 27 | | Notice of Intent to Reply to Objection to 21 MOTION to Dismiss . Follow up on Reply on 5/24/2012.(Peahl, Kathleen) (Entered: 05/07/2012) |
| 05/10/2012 | | | **ENDORSED ORDER re 27 Notice of Intent to Reply to Objection to 21 Motion to Dismiss.** *Text of Order: In accordance with this court's customary approach to reply/surreply practice, the court will accept the reply, limited to issues raised in the objection, no later than May 16, 2012, and grants leave to file (but does not require) a surreply, limited to issues and arguments advanced in the reply, to be filed no later than May 23, 2012. So Ordered by Chief Judge Joseph N. Laplante.(jb)* (Entered: 05/10/2012) |
| 05/16/2012 | 28 | | REFILED, See #29. MEMORANDUM in Opposition re 21 MOTION to Dismiss *Memorandum in Reply to Plaintiff's Objection to Motion to Dismiss* filed by Dartmouth College Trustees, Christine T Finn, Jim Yong Kim, Douglas Noordsy. (Peahl, Kathleen) Modified on 5/17/2012 to add: REFILED, See #29.(dae). (Entered: 05/16/2012) |
| 05/16/2012 | | | NOTICE of ECF Filing Error re: 28 Memorandum in Opposition to Motion to Dismiss filed by Jim Yong Kim, Dartmouth College Trustees, Douglas Noordsy, Christine T. Finn. Pursuant to LR 5.1(a) filings shall be double spaced except for quoted material. Filer shall refile and add to docket text: *Replaces document no.* 28. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603–225–1474. Notice of Compliance Deadline set for 5/21/2012.(dae) (Entered: 05/16/2012) |
| 05/16/2012 | 29 | | MEMORANDUM in Opposition re 21 MOTION to Dismiss *Replaces document no. 28* filed by Dartmouth College Trustees, Christine T Finn, Jim Yong Kim, Douglas Noordsy. (Peahl, Kathleen) (Entered: 05/16/2012) |
| 05/18/2012 | 30 | | SURREPLY to Reply to 21 MOTION to Dismiss filed by J. D. Isaacs. (Attachments: #1 Exhibit A–Dartmouth College issued laptop, #2 Exhibit B–NH Unemployment RSA violation determination, #3 Exhibit C–American Academy Medicine expungement, #4 Exhibit D–Statement of Mr Baker to Dartmouth Trustees)(Isaacs, J.) (Entered: 05/18/2012) |
| 05/31/2012 | 31 | | NOTICE of Attorney Appearance by Pierre A,. Chabot on behalf of Dartmouth College Trustees, Christine T Finn, Jim Yong Kim, Douglas Noordsy (Chabot, Pierre) (Entered: 05/31/2012) |
| 06/03/2012 | 32 | | REFILED as Attachment to 34 . Exhibit *#1, Complaint against Dartmouth Psychiatry for Ethical and Criminal Violations* by J. D. Isaacs.(Isaacs, J.) Modified on 6/4/2012 to add: REFILED as Attachment to 34 .(dae). (Entered: 06/03/2012) |
| 06/03/2012 | 33 | | REFILED, See 34 . MOTION for Preliminary Injunction *against Dartmouth College and DHMC* filed by J. D. Isaacs. Follow up on Objection on 6/21/2012. (Attachments: #1 Exhibit A– Termination Letter, #2 Exhibit B – Disclosure of Arizona in April 2011, #3 Exhibit C– Request for ARRA production in January 2012)(Isaacs, J.) Modified on 6/4/2012 to add: REFILED, See 34 .(dae). (Entered: 06/03/2012) |

| 06/04/2012 | 34 | | MOTION for Preliminary Injunction *against Dartmouth College and DHMC* filed by J. D. Isaacs. Follow up on Objection on 6/21/2012. (Attachments: # 1 Exhibit A– Termination Letter, # 2 Exhibit B – Disclosure of Arizona in April 2011, # 3 Exhibit C– Request for ARRA production in January 2012, # 4 Exhibit D–Complaint against Dartmouth Psychiatry for Ethical and Criminal Violations)(Isaacs, J.) (Entered: 06/04/2012) |
|---|---|---|---|
| 06/08/2012 | 35 | | **ORDER denying 34 Motion for Preliminary Injunction against Dartmouth College and DHMC. So Ordered by Chief Judge Joseph N. Laplante.(jb)** (Entered: 06/08/2012) |
| 06/11/2012 | 36 | | MOTION for Recusal of Honorable Joseph Laplante and remaining USDC NH justices filed by J. D. Isaacs. Follow up on Objection on 6/28/2012. (Attachments: # 1 Exhibit A – Kim/Barbadoro article)(Isaacs, J.) (Entered: 06/11/2012) |
| 06/15/2012 | | | **ENDORSED ORDER denying 36 Motion for Recusal of Honorable Joseph Laplante and remaining USDC NH justices. *Text of Order: Denied.* So Ordered by Chief Judge Joseph N. Laplante.(jb)** (Entered: 06/15/2012) |
| 06/24/2012 | 37 | | MOTION Declaratory relief re Plaintiff's right to speak with Defendants' administrators filed by J. D. Isaacs. Follow up on Objection on 7/12/2012. (Attachments: # 1 Exhibit A– Report of DHMC violations)(Isaacs, J.) (Entered: 06/24/2012) |
| 06/25/2012 | 38 | | **ORDER prohibiting remote access to attachments to 37 Motion for Declaratory Relief pursuant to Fed R Civ P 5.2(a). So Ordered by Magistrate Judge Daniel J. Lynch.(dae)** (Entered: 06/25/2012) |
| 06/29/2012 | 39 | | OBJECTION to 37 MOTION Declaratory relief re Plaintiff's right to speak with Defendants' administrators filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Exhibit 1 – 06/04/12 Corres to Isaacs from Kaplan, # 2 Exhibit 2– 06/12/12 Corres to Isaacs responding to his 06/08/12 e–mail, # 3 Exhibit 3 – Transcript of Tel Conf before Judge LaPlante, # 4 Exhibit 4 – 05/30/12 e–mail re: Fair Hearing Scheduling)(Kaplan, Edward) (Entered: 06/29/2012) |
| 06/30/2012 | 40 | | STRICKEN, See Order 42 . REPLY to Objection to Motion re 37 MOTION Declaratory relief re Plaintiff's right to speak with Defendants' administrators filed by J. D. Isaacs. (Attachments: # 1 Exhibit A – NHES Exhibits (redacted, pages 1–49), # 2 Exhibit A – NHES Exhibits (redacted, pages 50–62), # 3 Exhibit B – Violation reports to Dartmouth attorneys, # 4 Exhibit C–No "disability" request after 6 months, # 5 Exhibit D–"Employer information missing" from Hartford, # 6 Exhibit E–Department of Labor administrative intervention, # 7 Exhibit F/G –NHES subpoena document responses)(Isaacs, J.) Modified on 7/3/2012 to add: Stricken text.(dae). (Entered: 06/30/2012) |
| 07/02/2012 | 41 | | OBJECTION to 37 MOTION Declaratory relief re Plaintiff's right to speak with Defendants' administrators filed by Dartmouth College Trustees, Christine T Finn, Jim Yong Kim, Douglas Noordsy. (Chabot, Pierre) (Entered: 07/02/2012) |
| 07/02/2012 | 42 | | |

| | | | |
|---|---|---|---|
| | | | **ORDER striking 40 Reply to Objection to Motion for Declaratory Relief; fails to comply with LR 7.1(e)(2). So Ordered by Chief Judge Joseph N. Laplante.(dae)** (Entered: 07/03/2012) |
| 07/09/2012 | 43 | | **ORDER granting 37 Motion Declaratory relief re Plaintiff's right to speak with Defendants' administrators. So Ordered by Chief Judge Joseph N. Laplante.(jb)** (Entered: 07/09/2012) |
| 09/29/2012 | 44 | | NOTICE of Attorney Appearance by John F. Skinner, III on behalf of J. D. Isaacs (Skinner, John) (Entered: 09/29/2012) |
| 11/13/2012 | 45 | | **Potential CONSOLIDATION ORDER. Cases 1:12–cv–40–JL and 1:12–cv–413–SM reference each other as related cases and may be consolidated. Signed by Deputy Clerk Janice E. Boucher. Objections to Consolidation due 12/14/2012.(jeb)** (Entered: 11/13/2012) |
| 12/17/2012 | 46 | | **FINAL CONSOLIDATION ORDER. 12–cv–40–JL and 12–cv–413–SM are consolidated into one case. 12–cv–413–SM is statistically closed. So Ordered by Chief Judge Joseph N. Laplante.(cmp)** (Entered: 12/18/2012) |
| 12/20/2012 | 47 | | Assented to MOTION for Status Conference filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital.(Kaplan, Edward) (Entered: 12/20/2012) |
| 12/21/2012 | 48 | | WAIVER OF SERVICE Returned Executed as to Dartmouth Hitchcock Medical Center *in 12–cv–413–SM* by J. D. Isaacs. Served/Mailed on 12/19/2012. Answer Follow Up on 2/25/2013.(Skinner, John) (Entered: 12/21/2012) |
| 12/21/2012 | 49 | | WAIVER OF SERVICE Returned Executed as to Mary Hitchcock Memorial Hospital *in 12–cv–413–SM* by J. D. Isaacs. Served/Mailed on 12/19/2012. Answer Follow Up on 2/25/2013.(Skinner, John) (Entered: 12/21/2012) |
| 12/21/2012 | 50 | | WAIVER OF SERVICE Returned Executed as to Dartmouth College Trustees, Christine T. Finn, Jim Yong Kim, Douglas Noordsy *in 12–cv–413–SM* by J. D. Isaacs. Served/Mailed on 12/19/2012. Answer Follow Up on 2/25/2013.(Skinner, John) (Entered: 12/21/2012) |
| 01/02/2013 | | | **ENDORSED ORDER granting 47 Motion for Status Conference. *Text of Order: Granted. The clerk shall schedule a telephone conference unless counsel for all parties would prefer a chambers conference, in which case they should arrange it with the Deputy Clerk.* So Ordered by Chief Judge Joseph N. Laplante.(dae)** (Entered: 01/02/2013) |
| 01/03/2013 | | | NOTICE of Hearing. Telephone Conference set for 1/16/2013 10:00 AM before Chief Judge Joseph N. Laplante. The court will initiate the call. (dae) (Entered: 01/03/2013) |
| 01/03/2013 | | | NOTICE of Hearing. Per request of counsel Status Conference (instead of telephone conference) set for 1/16/2013 10:00 AM before Chief Judge Joseph N. Laplante.(dae) (Entered: 01/03/2013) |
| 01/11/2013 | 51 | | REFILED, See 51 . NOTICE of Attorney Appearance by Keith Mathews on behalf of J. D. Isaacs (Mathews, Keith) Modified on 1/17/2013 to add: Refiled text. (dae). (Entered: 01/11/2013) |

| 01/11/2013 | | | NOTICE of ECF Filing Error re: 51 Notice of Attorney Appearance filed by J. D. Isaacs. No certificate of service. Filer shall file a certificate of service using the *Certificate of Service* event and link the filing back to originally filed document. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603−225−1474. Notice of Compliance Deadline set for 1/16/2013.(dae) (Entered: 01/11/2013) |
|---|---|---|---|
| 01/14/2013 | 52 | | NOTICE of Attorney Appearance by Keith Mathews on behalf of J. D. Isaacs (Mathews, Keith) (Entered: 01/14/2013) |
| 01/14/2013 | 53 | | NOTICE of Attorney Appearance by Patrick W. Rivard on behalf of J. D. Isaacs (Rivard, Patrick) (Entered: 01/14/2013) |
| 01/16/2013 | | | **SEE CORRECTED PROCEDURAL ORDER – PROCEDURAL ORDER:** *After today's chambers conference, the plaintiff, who is now represented by counsel, shall file his amended complaint on or before February 6, 2013. Responsive pleadings and/or dispositive motions shall be filed on or before February 17, 2013.* **So Ordered by Chief Judge Joseph N. Laplante.(jb)** Modified on 1/16/2013 to add: "SEE CORRECTED PROCEDURAL ORDER" (jb). (Entered: 01/16/2013) |
| 01/16/2013 | | | **CORRECTED PROCEDURAL ORDER:** *After today's chambers conference, the plaintiff, who is now represented by counsel, shall file his amended complaint on or before February 6, 2013. Responsive pleadings and/or dispositive motions shall be filed on or before February 27, 2013.* **So Ordered by Chief Judge Joseph N. Laplante.(jb)** (Entered: 01/16/2013) |
| 01/16/2013 | | | Minute Entry for proceedings held before Chief Judge Joseph N. Laplante. STATUS CONFERENCE held on 1/16/2013. (Pltfs Atty: John F. Skinner, Keith Matthew, Patrick Rivard) (Defts Atty: Edward Kaplan, Kathleen Peahl)(Total Hearing Time: 21 minutes) (dae) (Entered: 01/16/2013) |
| 02/05/2013 | | | **ENDORSED ORDER mooting 21 Motion to Dismiss.** *Text of Order: Moot.* **So Ordered by Chief Judge Joseph N. Laplante.(jb)** (Entered: 02/05/2013) |
| 02/06/2013 | 54 | | AMENDED COMPLAINT against Dartmouth Hitchcock Medical Center, Christine T. Finn, Mary Hitchcock Memorial Hospital, Dartmouth Medical School with jury demand filed by J. D. Isaacs.(Mathews, Keith) (Entered: 02/06/2013) |
| 02/26/2013 | 55 | | ANSWER to 54 Amended Complaint with jury demand filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital.(Kaplan, Edward) (Entered: 02/26/2013) |
| 02/26/2013 | | | NOTICE OF PRETRIAL CONFERENCE. Pretrial Conference set for 3/26/2013 04:00 PM before Chief Judge Joseph N. Laplante. Follow up on Discovery Plan 3/21/2013. **The preliminary pretrial conference will not be canceled and at least one counsel for each party will be required to attend. When counsel file their Joint Discovery Plan in accordance with Fed. R. Civ. P. 26(f), they shall agree to a summary judgment deadline which falls after the close of discovery, but at least 120 days before the Final Pretrial Conference.** Please note pursuant to Title 28 USC 636(c) and Local Rule 73.1, the parties may consent to have the case reassigned to the Magistrate Judge, but are free to withhold consent without adverse |

| | | | |
|---|---|---|---|
| | | | consequences.(dae) (Entered: 02/26/2013) |
| 02/27/2013 | 56 | | ANSWER to 54 Amended Complaint filed by Dartmouth College Trustees, Christine T. Finn.(Chabot, Pierre) (Entered: 02/27/2013) |
| 02/27/2013 | 57 | | AMENDED CERTIFICATE OF SERVICE by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital re: 55 Answer to Amended Complaint (Kaplan, Edward) Modified on 2/27/2013 to add: AMENDED (dae). (Entered: 02/27/2013) |
| 02/27/2013 | 58 | | Assented to MOTION to Continue and/or Re−Schedule Pretrial Conference Currently Scheduled for March 26, 2013 filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. Follow up on Objection on 3/18/2013.(Kaplan, Edward) (Entered: 02/27/2013) |
| 03/04/2013 | | | NOTICE of Hearing. Telephone Conference set for 3/5/2013 03:00 PM before Chief Judge Joseph N. Laplante. The court will initiate the call.(dae) (Entered: 03/04/2013) |
| 03/04/2013 | 59 | | NOTICE of Attorney Appearance by Christopher James Pyles on behalf of Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital *w/Certificate of Service* (Pyles, Christopher) (Entered: 03/04/2013) |
| 03/05/2013 | | | Minute Entry for proceedings held before Chief Judge Joseph N. Laplante. TELEPHONE CONFERENCE held on 3/5/2013. (Pltfs Atty: John Skinner) (Defts Atty: Christopher Pyles, Kathleen Peahl)(Total Hearing Time: 11 minutes) (dae) (Entered: 03/05/2013) |
| 03/05/2013 | 60 | | ///ORDER denying as moot 58 Motion to Continue and/or Re−Schedule Pretrial Conference Currently Scheduled for March 26, 2013. Defendants substituted and dismissed as outlined. Pretrial Conference is CANCELLED. Joint Discovery Plan due March 21, 2013. So Ordered by Chief Judge Joseph N. Laplante.(jb) Modified on 3/6/2013 to add: /// (dae). (Entered: 03/05/2013) |
| 03/20/2013 | 61 | | Proposed Discovery Plan *w/Certificate of Service* filed by Dartmouth Hitchcock Medical Center, Christine T. Finn, J. D. Isaacs, Mary Hitchcock Memorial Hospital, Trustees of Dartmouth College. (Pyles, Christopher) (Entered: 03/20/2013) |
| 03/21/2013 | | | ENDORSED ORDER approving in part 61 Proposed Discovery Plan. *Text of Order: Approved and adopted as a pretrial scheduling order with the following modifications: Summary judgment deadline is 120 days before Final Pretrial Conference.* So Ordered by Chief Judge Joseph N. Laplante.(jb) (Entered: 03/21/2013) |
| 03/22/2013 | | | TRIAL NOTICE: Summary Judgment Motions due by 12/23/2013. Pretrial Statements due 4/2/2014. LR 16.2(d) Objections due 4/16/2014. Final Pretrial Conference set for 4/23/2014 10:00 AM before Chief Judge Joseph N. Laplante. Jury Trial set for two−week period beginning 5/6/2014 09:30 AM before Chief Judge Joseph N. Laplante. (dae) (Entered: 03/22/2013) |
| 07/16/2013 | 62 | | NOTICE of Attorney Withdrawal by John F. Skinner, III on behalf of J. D. Isaacs(Skinner, John) (Entered: 07/16/2013) |
| 07/16/2013 | 63 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Attorney Withdrawal by Keith Mathews on behalf of J. D. Isaacs(Mathews, Keith) (Entered: 07/16/2013) |
| 07/16/2013 | | | NOTICE of ECF Filing Error re: 62 Notice of Attorney Withdrawal filed by J. D. Isaacs, 63 Notice of Attorney Withdrawal filed by J. D. Isaacs. Pursuant to LR 83.6(d) a motion is required. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603–225–1473. Notice of Compliance Deadline set for 7/26/2013.(ko) (Entered: 07/16/2013) |
| 07/17/2013 | 64 | | Assented to MOTION for John F. Skinner, III to Withdraw as Attorney filed by J. D. Isaacs.(Skinner, John) (Entered: 07/17/2013) |
| 07/17/2013 | | | ACTION REQUIRED – NOTICE Nonconforming Document re 64 Assented to MOTION for John F. Skinner, III to Withdraw as Attorney filed by J. D. Isaacs. The document fails to comply with LR 7.1–No statement of concurrence was included. File statement as addendum using the Other Documents/Addendum event and link filing(s) to document no. 64. The document will remain on file. Please note that unless a document curing the defect is filed by the Notice of Compliance Deadline the matter may be referred to a judicial officer for appropriate action. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603–225–1423. Notice of Compliance Deadline set for 7/24/2013.(ko) (Entered: 07/17/2013) |
| 07/17/2013 | 65 | | Assented to MOTION for Keith A. Mathews to Withdraw as Attorney filed by J. D. Isaacs.(Mathews, Keith) (Entered: 07/17/2013) |
| 07/18/2013 | | | **ENDORSED ORDER granting 64 Motion for John F. Skinner, III to Withdraw as Attorney. *Text of Order: Granted.* So Ordered by Chief Judge Joseph N. Laplante.(jb) (Entered: 07/18/2013)** |
| 07/18/2013 | | | **ENDORSED ORDER granting 65 Motion for Keith A. Mathews to Withdraw as Attorney. *Text of Order: Granted.* So Ordered by Chief Judge Joseph N. Laplante.(jb) (Entered: 07/18/2013)** |
| 07/18/2013 | 66 | | Assented to MOTION for Patrick W. Rivard to Withdraw as Attorney filed by J. D. Isaacs.(Rivard, Patrick) (Entered: 07/18/2013) |
| 07/19/2013 | | | **ENDORSED ORDER granting 66 Motion for Patrick W. Rivard to Withdraw as Attorney. *Text of Order: Granted.* So Ordered by Chief Judge Joseph N. Laplante.(jb) (Entered: 07/19/2013)** |
| 07/22/2013 | 67 | | **ORDER re: J. D. Isaacs. Either an appearance by counsel or pro se needs to be filed or the file will be referred to a judicial officer for further action. Signed by Clerk James R. Starr. Notice of Compliance Deadline set for 8/5/2013.(dae) (Entered: 07/22/2013)** |
| 07/22/2013 | 68 | | NOTICE of Pro Se Appearance by J. D. Isaacs.(cmp) (Entered: 07/22/2013) |
| 07/22/2013 | 69 | | PRO SE MOTION to Obtain ECF Login and Password filed by J. D. Isaacs. Served on 7/18/13. Follow up on Objection on 8/8/2013.(cmp) (Entered: 07/22/2013) |
| 08/13/2013 | | | **ENDORSED ORDER granting 69 PRO SE MOTION to Obtain ECF Login and Password. *Text of Order: Granted.* So Ordered by Chief Judge** |

| | | |
|---|---|---|
| | | **Joseph N. Laplante.(jb)** (Entered: 08/13/2013) |
| 08/14/2013 | <u>70</u> | REPLACED BY DOCUMENT <u>71</u> . MOTION for Sanctions *and Injunctive Order* filed by J. D. Isaacs. Follow up on Objection on 9/3/2013. (Attachments: # <u>1</u> Exhibit Criminal allegations 1/13/12, # <u>2</u> Exhibit Notice of email deletion, # <u>3</u> Exhibit Missing Arizona disclosure, # <u>4</u> Exhibit Arizona disclosure NH Board, # <u>5</u> Exhibit Bertrand's Arizona alma mater, # <u>6</u> Exhibit RFP discovery correspondence, # <u>7</u> Exhibit Rule 34 preserve emails, # <u>8</u> Proposed Order Proposed Injuncton/ referral law enforcement)(Isaacs, J.) Modified on 8/15/2013 to add: REPLACED BY DOCUMENT <u>71</u> per Mr. Isaacs. (ko). (Entered: 08/14/2013) |
| 08/14/2013 | <u>71</u> | MOTION for Sanctions *and Injunctive Order* filed by J. D. Isaacs. Follow up on Objection on 9/3/2013. (Attachments: # <u>1</u> Exhibit 1 – Criminal allegations (redacted), # <u>2</u> Exhibit 2– Email deletion warning, # <u>3</u> Exhibit 3 – Missing Arizona disclosure, # <u>4</u> Exhibit 4 – Arizona NH Board disclosure (redacted), # <u>5</u> Exhibit 5 – Bertrand's Arizona alma mater, # <u>6</u> Exhibit 6 – RFP discovery correspondance, # <u>7</u> Exhibit 7 – Rule 34 preserve emails, # <u>8</u> Proposed Order Injunction &referral to law enforcement)(Isaacs, J.) (Entered: 08/14/2013) |
| 08/15/2013 | <u>72</u> | Joint MOTION for Hearing *For Emergency Scheduling Conference* filed by Dartmouth College Trustees, Dartmouth Hitchcock Medical Center, Christine T. Finn, Mary Hitchcock Memorial Hospital. Follow up on Objection on 9/3/2013. (Attachments: # <u>1</u> Exhibit A – Notices &E–mails, # <u>2</u> Exhibit B – Request for Admissions, # <u>3</u> Exhibit C – 2nd Set of Ints to DHMC, # <u>4</u> Exhibit D – 8/9/13 E–mail, # <u>5</u> Exhibit E – 8/14/13 E–mail, # <u>6</u> Exhibit F – 8/12/13 – 8/13/13 E–mails)(Kaplan, Edward) (Entered: 08/15/2013) |
| 08/15/2013 | | ACTION REQUIRED – NOTICE Nonconforming Document re <u>71</u> MOTION for Sanctions *and Injunctive Order* filed by J. D. Isaacs. The document fails to comply with LR 7.1–No memorandum or statement explaining why none is necessary was filed. File memo/statement as addendum using the Other Documents/Addendum event and link filing(s) to document no. 71. Please note that unless a document curing the defect is filed by the Notice of Compliance Deadline the matter may be referred to a judicial officer for appropriate action. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603–225–1423. Notice of Compliance Deadline set for 8/21/2013.(ko) (Entered: 08/15/2013) |
| 08/15/2013 | <u>73</u> | **ENDORSED ORDER re <u>70</u> MOTION for Sanctions and Injunctive Order.** *Text of Order: The Motion for Sanctions and Injunctive Order in the above–captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). The clerk shall limit remote access accordingly.* **So Ordered by Magistrate Judge Landya B. McCafferty.(ko)** (Entered: 08/16/2013) |
| 08/19/2013 | <u>74</u> | Addendum/ to <u>71</u> MOTION for Sanctions *and Injunctive Order* by J. D. Isaacs. (Isaacs, J.) (Entered: 08/19/2013) |
| 08/20/2013 | <u>75</u> | MOTION to Strike <u>72</u> Motion for Hearing, filed by J. D. Isaacs. Follow up on Objection on 9/6/2013. (Attachments: # <u>1</u> Exhibit A – RFA propounded |

| | | | |
|---|---|---|---|
| | | | on Dartmouth Trustees)(Isaacs, J.) (Entered: 08/20/2013) |
| 08/26/2013 | 76 | | MOTION for Protective Order filed by Dartmouth College Trustees, Christine T. Finn. Follow up on Objection on 9/12/2013.(Chabot, Pierre) (Entered: 08/26/2013) |
| 08/26/2013 | 77 | | Addendum/ to 71 MOTION for Sanctions *and Injunctive Order re newly discovered email policy* by J. D. Isaacs. (Attachments: # 1 Exhibit A– Defendants' 8/23 discovery response)(Isaacs, J.) (Entered: 08/26/2013) |
| 08/26/2013 | | | NOTICE of ECF Filing Error re: 76 MOTION for Protective Order filed by Christine T. Finn, Dartmouth College Trustees. No certificate of service. Filer shall file a certificate of service using the *Certificate of Service* event and link the filing back to originally filed document. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603–225–1473. Notice of Compliance Deadline set for 8/30/2013.(ko) (Entered: 08/27/2013) |
| 08/27/2013 | 78 | | CERTIFICATE OF SERVICE by Christine T. Finn, Trustees of Dartmouth College re: 76 MOTION for Protective Order (Chabot, Pierre) (Entered: 08/27/2013) |
| 08/30/2013 | 79 | | Partially Assented to MOTION for Protective Order *to Change Deposition Location w/Certificate of Service* filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. Follow up on Objection on 9/16/2013.(Pyles, Christopher) (Entered: 08/30/2013) |
| 09/03/2013 | 80 | | OBJECTION to 71 MOTION for Sanctions *and Injunctive Order w/Certificate of Service* filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Pyles, Christopher) (Entered: 09/03/2013) |
| 09/03/2013 | 81 | | OBJECTION to 75 MOTION to Strike 72 Motion for Hearing, *w/Certificate of Service* filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Pyles, Christopher) (Entered: 09/03/2013) |
| 09/03/2013 | 82 | | OBJECTION to 75 MOTION to Strike 72 Motion for Hearing, filed by Dartmouth College Trustees. (Peahl, Kathleen) (Entered: 09/03/2013) |
| 09/03/2013 | 83 | | OBJECTION to 71 MOTION for Sanctions *and Injunctive Order 70 Motion for Sanctions* filed by Dartmouth College Trustees. (Peahl, Kathleen) (Entered: 09/03/2013) |
| 09/09/2013 | 84 | | REPLY to Objection to Motion re 75 MOTION to Strike 72 Motion for Hearing, filed by J. D. Isaacs. (Isaacs, J.) (Entered: 09/09/2013) |
| 09/09/2013 | 85 | | OBJECTION to 79 Partially Assented to MOTION for Protective Order *to Change Deposition Location w/Certificate of Service* filed by J. D. Isaacs. (Attachments: # 1 Exhibit A – Friedman Deposition Notice, # 2 Exhibit B – Plaintiff "Unsafe at DHMC", # 3 Exhibit C – Designee Green difficulty travel to Concord)(Isaacs, J.) (Entered: 09/09/2013) |
| 09/09/2013 | 86 | | MOTION for Protective Order *and quash eleven hour double deposition notice* filed by J. D. Isaacs. Follow up on Objection on 9/26/2013. (Attachments: # 1 Exhibit A – 11 hour double deposition notice, # 2 Exhibit B – Plaintiff's voluntary deposition scheduling request, # 3 Exhibit C – Plaintiff's ADA request for 4.5 hour limit)(Isaacs, J.) (Entered: 09/09/2013) |

| 09/09/2013 | 87 | | OBJECTION to 76 MOTION for Protective Order *quashing Jim Yong Kim's deposition* filed by J. D. Isaacs. (Attachments: # 1 Exhibit A – Jim Yong Kim Deposition Notice, # 2 Exhibit B – Unsigned (deemed admitted) RFAs, # 3 Exhibit C – The Dartmouth Institute MPH program, # 4 Exhibit D – "residency offered through Dartmouth Psychiatry", # 5 Exhibit E – Dartmouth College Dean Bertrand, # 6 Exhibit F – Plea for Kim's intervention)(Isaacs, J.) (Entered: 09/09/2013) |
|---|---|---|---|
| 09/09/2013 | 88 | | REPLY to Objection to Motion re 71 MOTION for Sanctions *and Injunctive Order* filed by J. D. Isaacs. (Attachments: # 1 Exhibit A – Peahl's Rule 11 threat to Skinner/Mathews, # 2 Exhibit B – RFAs deemed admitted)(Isaacs, J.) (Entered: 09/09/2013) |
| 09/12/2013 | 89 | | MOTION for Subpoena for PACER Service Center filed by J. D. Isaacs. Follow up on Objection on 9/30/2013. (Attachments: # 1 Proposed Order 1 – Proposed Subpoena)(Isaacs, J.) (Entered: 09/12/2013) |
| 09/16/2013 | 90 | | OBJECTION to 86 MOTION for Protective Order *and quash eleven hour double deposition notice w/Certificate of Service* filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: # 1 Exhibit 1 – E–mail 08/02/13, # 2 Exhibit 2 – Ltr &Depo Notice, # 3 Exhibit 3 – Depo Notice, # 4 Exhibit 4 – E–mail 09/09/13, # 5 Exhibit 5 – Resp to Req for Admissions, # 6 Exhibit 6 – Signature Page CJP, # 7 Exhibit 7 – E–mail 08/28/13, # 8 Exhibit 8 – Verification Req Admissions, # 9 Exhibit 9 – Ltr 09/11/13, # 10 Exhibit 10 – E–mail 09/11/13)(Pyles, Christopher) (Entered: 09/16/2013) |
| 09/20/2013 | 91 | | OBJECTION to 86 MOTION for Protective Order *and quash eleven hour double deposition notice and joinder to 90 Objection* filed by Dartmouth College Trustees. (Peahl, Kathleen) (Entered: 09/20/2013) |
| 09/30/2013 | 92 | | NOTICE of related litigation in the USDC Eastern Pennsylvania by J. D. Isaacs. (Attachments: # 1 Exhibit A – Complaint 13CV05708)(Isaacs, J.) (Entered: 09/30/2013) |
| 09/30/2013 | 93 | | MOTION to Quash subpoenas for American University of the Caribbean and Keck School of Medicine filed by J. D. Isaacs. Follow up on Objection on 10/18/2013. (Attachments: # 1 Exhibit A – Subpoena for Caribbean records/ESI, # 2 Exhibit B – Subpoena for USC records, # 3 Exhibit C – Agreement with USC to seal records, remove from FERPA jurisdiction)(Isaacs, J.) (Entered: 09/30/2013) |
| 10/01/2013 | | | NOTICE re: 72 Joint MOTION for Hearing *For Emergency Scheduling Conference*, 79 Partially Assented to MOTION for Protective Order *to Change Deposition Location w/Certificate of Service*, 75 MOTION to Strike 72 Motion for Hearing, 71 MOTION for Sanctions *and Injunctive Order*, 76 MOTION for Protective Order , 93 MOTION to Quash subpoenas for American University of the Caribbean and Keck School of Medicine , 86 MOTION for Protective Order *and quash eleven hour double deposition notice*, 89 MOTION for Subpoena for PACER Service Center. MOTION HEARING SET FOR 10/24/2013 10:00 AM before Magistrate Judge Landya B. McCafferty.(kad) (Entered: 10/01/2013) |
| 10/02/2013 | | | RESCHEDULING NOTICE of Motion Hearing re: 72 Joint MOTION for Hearing *For Emergency Scheduling Conference*, 79 Partially Assented to |

| | | | |
|---|---|---|---|
| | | | MOTION for Protective Order *to Change Deposition Location w/Certificate of Service*, 75 MOTION to Strike 72 Motion for Hearing, 71 MOTION for Sanctions *and Injunctive Order*, 76 MOTION for Protective Order , 93 MOTION to Quash subpoenas for American University of the Caribbean and Keck School of Medicine , 86 MOTION for Protective Order *and quash eleven hour double deposition notice*, 89 MOTION for Subpoena for PACER Service Center. MOTION HEARING RESET for 10/21/2013 10:00 AM before Magistrate Judge Landya B. McCafferty.(kad) (Entered: 10/02/2013) |
| 10/04/2013 | 94 | | Objection to 93 MOTION to Quash subpoenas for American University of the Caribbean and Keck School of Medicine *w/Certificate of Service* filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Pyles, Christopher) (Entered: 10/04/2013) |
| 10/05/2013 | 95 | | REPLY to Objection to Motion re 93 MOTION to Quash subpoenas for American University of the Caribbean and Keck School of Medicine filed by J. D. Isaacs. (Attachments: # 1 Exhibit A – AUC request for Motion to Quash notice)(Isaacs, J.) (Entered: 10/05/2013) |
| 10/08/2013 | 96 | | REPLACED BY DOCUMENT 98 . MOTION to Quash Subpoena *or Modify Subpoena* filed by Dartmouth College Trustees. Follow up on Objection on 10/25/2013. (Attachments: # 1 Exhibit Green, # 2 Exhibit Email, # 3 Exhibit Letter)(Peahl, Kathleen) Modified on 10/9/2013 to add: REPLACED BY DOCUMENT 98 . (ko). (Entered: 10/08/2013) |
| 10/08/2013 | 97 | | OBJECTION to 96 MOTION to Quash Subpoena *or Modify Subpoena* filed by J. D. Isaacs. (Isaacs, J.) (Entered: 10/08/2013) |
| 10/09/2013 | | | NOTICE of ECF Filing Error re: 96 MOTION to Quash Subpoena *or Modify Subpoena* filed by Dartmouth College Trustees. Documents must be provided in an electronically converted PDF text searchable format in accordance with A.P. 2.3(a). Filer shall refile and add to docket text *Replaces document no.* 96. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603–225–1473. Notice of Compliance Deadline set for 10/11/2013.(ko) (Entered: 10/09/2013) |
| 10/09/2013 | 98 | | MOTION to Quash Subpoena *Replaces document no. 96* filed by Dartmouth College Trustees. Follow up on Objection on 10/28/2013. (Attachments: # 1 Exhibit Green, # 2 Exhibit Email, # 3 Exhibit Letter)(Peahl, Kathleen) (Entered: 10/09/2013) |
| 10/09/2013 | 99 | | OBJECTION to 98 MOTION to Quash Subpoena *Replaces document no. 96* filed by J. D. Isaacs. (Isaacs, J.) (Entered: 10/09/2013) |
| 10/11/2013 | | | RESCHEDULING NOTICE of Motion Hearing re: 72 Joint MOTION for Hearing *For Emergency Scheduling Conference*, 79 Partially Assented to MOTION for Protective Order *to Change Deposition Location w/Certificate of Service*, 75 MOTION to Strike 72 Motion for Hearing, , 71 MOTION for Sanctions *and Injunctive Order*, 76 MOTION for Protective Order , 93 MOTION to Quash subpoenas for American University of the Caribbean and Keck School of Medicine , 86 MOTION for Protective Order *and quash eleven hour double deposition notice*, 89 MOTION for Subpoena for PACER Service Center MOTION HEARING RESET FOR 10/31/2013 10:00 AM before Magistrate Judge Landya B. McCafferty.(kad) (Entered: 10/11/2013) |

| 10/15/2013 | | | NOTICE re: 98 MOTION to Quash Subpoena *Replaces document no. 96.* Motion Hearing set for 10/31/2013 at 10:00 AM before Magistrate Judge Landya B. McCafferty.(ko) (Entered: 10/15/2013) |
|---|---|---|---|
| 10/17/2013 | 100 | | MOTION to Compel Discovery from Plaintiff *w/Certificate of Service* filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. Follow up on Objection on 11/4/2013. (Attachments: # 1 Exhibit Pltf Ans to Interrogatories, # 2 Exhibit Ltr dated July 22, 2013, # 3 Exhibit Ltr dated July 31, 2013, # 4 Exhibit Ltr dated Aug. 6, 2013 w/Prop. Confid. Agrmnt, # 5 Exhibit Dec. of Isaacs (Isaacs v. USC), # 6 Exhibit E−mail dated Sept. 9, 2013)(Pyles, Christopher) (Entered: 10/17/2013) |
| 10/17/2013 | 101 | | MOTION for Protective Order *w/Certificate of Service* filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. Follow up on Objection on 11/4/2013. (Attachments: # 1 Proposed Order)(Pyles, Christopher) (Entered: 10/17/2013) |
| 10/17/2013 | 102 | | MOTION for Protective Order *Prohibiting Depositions of Out−of−State Witnesses w/Certificate of Service* filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. Follow up on Objection on 11/4/2013.(Pyles, Christopher) (Entered: 10/17/2013) |
| 10/18/2013 | | | **ENDORSED ORDER re 101 Motion for Protective Order, 102 Motion for Protective Order, 100 Motion to Compel. *Text of Order: Objection/Response deadline to motions is reset to October 28, 2013.* So Ordered by Magistrate Judge Landya B. McCafferty.(ko)** (Entered: 10/21/2013) |
| 10/21/2013 | | | NOTICE re: 102 MOTION for Protective Order *Prohibiting Depositions of Out−of−State Witnesses w/Certificate of Service*, 100 MOTION to Compel Discovery from Plaintiff *w/Certificate of Service*, 101 MOTION for Protective Order *w/Certificate of Service* Motion Hearing set for 10/31/2014 at 10:00 AM before Magistrate Judge Landya B. McCafferty.(ko) (Entered: 10/21/2013) |
| 10/24/2013 | | | RESCHEDULING NOTICE of Motion Hearing (AS TO HEARING YEAR ONLY) re: 102 MOTION for Protective Order *Prohibiting Depositions of Out−of−State Witnesses w/Certificate of Service*, 100 MOTION to Compel Discovery from Plaintiff *w/Certificate of Service*, 101 MOTION for Protective Order *w/Certificate of Service* Motion Hearing set for 10/31/2013 (FROM 10/31/2014) at 10:00 AM before Magistrate Judge Landya B. McCafferty.(ko) (Entered: 10/24/2013) |
| 10/27/2013 | 103 | | RESPONSE to Motion re 102 MOTION for Protective Order *Prohibiting Depositions of Out−of−State Witnesses w/Certificate of Service* by J. D. Isaacs. (Attachments: # 1 Exhibit Request re Guez, # 2 Exhibit 3rd request schedule deposition, # 3 Exhibit Plaintiff's plea to Kaplan not to burden court with this motion)(Isaacs, J.) (Entered: 10/27/2013) |
| 10/27/2013 | 104 | | OBJECTION to 101 MOTION for Protective Order *w/Certificate of Service as a proposed order amounting to First Amendment hush−order on victim of abuse* filed by J. D. Isaacs. (Isaacs, J.) (Entered: 10/27/2013) |
| 10/27/2013 | 105 | | OBJECTION to 100 MOTION to Compel Discovery from Plaintiff *w/Certificate of Service* filed by J. D. Isaacs. (Isaacs, J.) (Entered: |

| | | | |
|---|---|---|---|
| | | | 10/27/2013) |
| 11/01/2013 | | | Minute Entry for proceedings held before Magistrate Judge Landya B. McCafferty. ORDER TO ISSUE. MOTIONS HEARING held on 11/1/2013 re 79 Partially Assented to MOTION for Protective Order *to Change Deposition Location w/Certificate of Service*, 89 MOTION for Subpoena for PACER Service Center , 101 MOTION for Protective Order *w/Certificate of Service*, 72 Joint MOTION for Hearing *For Emergency Scheduling Conference*, 86 MOTION for Protective Order *and quash eleven hour double deposition notice*, 98 MOTION to Quash Subpoena *Replaces document no. 96*, 102 MOTION for Protective Order *Prohibiting Depositions of Out−of−State Witnesses w/Certificate of Service*, 93 MOTION to Quash subpoenas for American University of the Caribbean and Keck School of Medicine , 100 MOTION to Compel Discovery from Plaintiff *w/Certificate of Service*, 75 MOTION to Strike 72 Motion for Hearing, 76 MOTION for Protective Order , 71 MOTION for Sanctions *and Injunctive Order*. (Court Reporter: Diane Churas) (Pltfs Atty: J.D. Isaacs, Pro Se) (Defts Atty: Ed Kaplan, Christopher Pyles, Kathleen Peahl, Pierre Chabot)(Total Hearing Time: 1:45) (kad) (Entered: 11/01/2013) |
| 11/04/2013 | 106 | 30 | **ORDER granting in part and denying in part 71 Motion for Sanctions and Injunctive Order; denying as moot 72 Joint Motion for Hearing For Emergency Scheduling Conference; denying 75 Motion to Strike 72 Motion for Hearing; granting 76 Motion for Protective Order; granting 79 Motion for Protective Order; denying 86 Motion for Protective Order and quash eleven hour double deposition notice; denying without prejudice 89 Motion for Subpoena for PACER Service Center; denying 93 MOTION to Quash subpoenas for American University of the Caribbean and Keck School of Medicine, ; granting 98 MOTION to Quash Subpoena Replaces document no. 96 filed ; granting 100 Motion to Compel; granting 101 Motion for Protective Order; denying 102 Motion for Protective Order. So Ordered by Magistrate Judge Landya B. McCafferty.(ko)** (Entered: 11/05/2013) |
| 11/04/2013 | 107 | | **PROTECTIVE ORDER. So Ordered by Magistrate Judge Landya B. McCafferty.(ko)** (Entered: 11/05/2013) |
| 11/10/2013 | 108 | | NOTICE of non−consent of proceedings under Magistrate by J. D. Isaacs.(Isaacs, J.) (Entered: 11/10/2013) |
| 11/12/2013 | 109 | | MOTION for Reconsideration re 106 Order on Motion for Sanctions, Order on Motion for Hearing, Order on Motion to Strike, Order on Motion for Protective Order, Order on Motion for Subpoena, Order on Motion to Quash, Order on Motion to Compel *or stay litigation pending First Circuit appeal* filed by J. D. Isaacs. Follow up on Objection on 11/29/2013. (Attachments: # 1 Exhibit A − cited source for ancillary subpoena jurisdiction, # 2 Exhibit (Affidavit) B− Plaintiff's description of inappropriate patient DRE exam)(Isaacs, J.) Modified on 11/13/2013 to clean up text (ko). (Entered: 11/12/2013) |
| 11/19/2013 | 110 | | OBJECTION to 109 MOTION for Reconsideration re 106 Order on Motion for Sanctions, Order on Motion for Hearing, Order on Motion to Strike, Order on Motion for Protective Order, Order on Motion for Subpoena, Order on Motion to Quash, Order on Motion to Compel *w/Certificate of Service* |

| | | | filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Pyles, Christopher) (Entered: 11/19/2013) |
|---|---|---|---|
| 11/21/2013 | 111 | | OBJECTION to 109 MOTION for Reconsideration re 106 Order on Motion for Sanctions, Order on Motion for Hearing, Order on Motion to Strike, Order on Motion for Protective Order,,, Order on Motion for Subpoena, Order on Motion to Quash,, Order on Motion to Compel,,,, filed by Christine T. Finn, Trustees of Dartmouth College. (Chabot, Pierre) (Entered: 11/21/2013) |
| 11/26/2013 | 112 | | REPLY to Objection to Motion re 109 MOTION for Reconsideration re 106 Order on Motion for Sanctions, Order on Motion for Hearing, Order on Motion to Strike, Order on Motion for Protective Order,,, Order on Motion for Subpoena, Order on Motion to Quash,, Order on Motion to Compel,,,, filed by J. D. Isaacs. (Attachments: # 1 Exhibit (Affidavit) A – Affidavit of Plaintiff of 40 emails not produced, # 2 Exhibit B– Finn desires "Terminate for cause quickly", # 3 Exhibit C–Bertrand "Shut down" Plaintiff's electronic access, # 4 Exhibit D–Swartz Evaluation Plaintiff did "good job", # 5 Exhibit E–Finn Statement "Jeff is falling apart", # 6 Exhibit F–Friedman "problem is not medical skills", # 7 Exhibit G–Friedman "crazyinsanity rabbit hole.. never attended business school", # 8 Exhibit H–Wharton declaration Plaintiff did attend business school, # 9 Exhibit I–Fisher "feeling really bad for Jeff", # 10 Exhibit J–Plaintiff "not angry" at Dartmouth)(Isaacs, J.) (Entered: 11/26/2013) |
| 12/02/2013 | 113 | | Notice of Intent to Surreply to Reply to 109 MOTION for Reconsideration re 106 Order on Motion for Sanctions, Order on Motion for Hearing, Order on Motion to Strike, Order on Motion for Protective Order,,, Order on Motion for Subpoena, Order on Motion to Quash,, Order on Motion to Compel,,,, . Surreply Follow Up on 12/19/2013.(Chabot, Pierre) (Entered: 12/02/2013) |
| 12/09/2013 | 114 | | MOTION for Leave to File Surreply to Plaintiff's Reply (Doc. 112) concerning his Motion for Reconsideration (Doc. 109) filed by Christine T. Finn, Trustees of Dartmouth College. Follow up on Objection on 12/26/2013. (Attachments: # 1 Exhibit Exh. 1––Surreply to Plaintiff's Motion to Reconsider (Doc. 109), # 2 Exhibit (Affidavit) Exh 2––Affidavit of Christine T. Finn, M.D.)(Chabot, Pierre) (Entered: 12/09/2013) |
| 12/11/2013 | 115 | | OBJECTION to 114 MOTION for Leave to File Surreply to Plaintiff's Reply (Doc. 112) concerning his Motion for Reconsideration (Doc. 109) filed by J. D. Isaacs. (Attachments: # 1 Exhibit A – Dismissal/Termination effective March 19 2012, # 2 Exhibit B – Earliest known evidence of Plaintiff's neuropsych educational impact)(Isaacs, J.) (Entered: 12/11/2013) |
| 12/12/2013 | | | **ENDORSED ORDER granting 114 Motion for Leave to File Surreply. *Text of Order: Granted. Within 48 hours counsel shall refile the pleading attached to the Motion for Leave to File using the appropriate event in CMECF.* So Ordered by Magistrate Judge Landya B. McCafferty. Miscellaneous Deadline set for 12/16/2013.(gla)** (Entered: 12/12/2013) |
| 12/12/2013 | 116 | | SURREPLY to Reply to 109 MOTION for Reconsideration re 106 Order on Motion for Sanctions, Order on Motion for Hearing, Order on Motion to Strike, Order on Motion for Protective Order,,, Order on Motion for |

| | | | |
|---|---|---|---|
| | | | Subpoena, Order on Motion to Quash,, Order on Motion to Compel,,,, filed by Christine T. Finn, Trustees of Dartmouth College. (Attachments: # 1 Exhibit (Affidavit) Affidavit of Christine T. FInn, M.D.)(Chabot, Pierre) (Entered: 12/12/2013) |
| 12/19/2013 | | | Case reassigned to District Judge Landya B. McCafferty. Reason for Reassignment: Case reassigned pursuant to Standing Order dated 12/18/2013.. The new case designation is: 12–CV–40–LM. Please show this number with the correct judge designation on all further pleadings.(vln) (Entered: 12/19/2013) |
| 12/30/2013 | | | AMENDED TRIAL NOTICE: Summary Judgment Motions due by 1/7/2014. Pretrial Statements due 4/18/2014. LR 16.2(d) Objections due 5/2/2014. Final Pretrial Conference reset for 5/7/2014 11:00 AM before District Judge Landya B. McCafferty. (jab) Jury Trial reset for two–week period beginning 5/20/2014 09:30 AM before District Judge Landya B. McCafferty. (Entered: 12/30/2013) |
| 01/02/2014 | 117 | | Assented to MOTION to Continue and Extend Deadlines Discovery Deadlines and Amend Trial Date *w/Certificate of Service* filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital.(Pyles, Christopher) (Entered: 01/02/2014) |
| 01/02/2014 | | 29 | **ENDORSED ORDER denying 109 Motion for Reconsideration re: 106 Order.** *Text of Order: Motion is denied in its entirety. To the extent plaintiff seeks to renew his request for a forensic expert, plaintiff shall file a separate motion seeking that relief –– in accordance with the court's order dated November 4, 2013 (document number 106).* **So Ordered by District Judge Landya B. McCafferty.(gla)** (Entered: 01/03/2014) |
| 01/03/2014 | | | **ENDORSED ORDER granting 117 Assented to Motion to Continue and Extend Deadlines.** *Text of Order: Granted. Trial is continued to the two–week period beginning July 22, 2014.* **So Ordered by District Judge Landya B. McCafferty.(jab)** (Entered: 01/05/2014) |
| 01/05/2014 | | | TRIAL NOTICE: Summary Judgment Motions due by 3/24/2014. Pretrial Statements due 6/23/2014. LR 16.2(d) Objections due 7/7/2014. Final Pretrial Conference reset for 7/8/2014 03:00 PM before District Judge Landya B. McCafferty. Jury Trial reset for two–week period beginning 7/22/2014 09:30 AM before District Judge Landya B. McCafferty. (jab) (Entered: 01/05/2014) |
| 01/09/2014 | 118 | 26 | NOTICE OF APPEAL as to Order on Motion for Reconsideration, by J. D. Isaacs.( Filing fee $ 505, receipt number 0102–1066866.) [NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the Forms &Notices section of the First Circuit website at www.ca1.uscourts.gov, MUST be completed and submitted to the U.S. Court of Appeals for the First Circuit.]<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf** (Isaacs, J.) |

| | | | |
|---|---|---|---|
| | | | (Entered: 01/09/2014) |
| 01/13/2014 | <u>119</u> | | Assented to MOTION to Amend Trial Notice, filed by Dartmouth Hitchcock Medical Center, Mary Hitchcock Memorial Hospital. (Attachments: #<u> 1</u> Exhibit proposed amended schedule)(Kaplan, Edward) (Entered: 01/13/2014) |
| 01/14/2014 | | | **ENDORSED ORDER granting<u> 119</u> Assented to Motion to Amend Trial Notice. *Text of Order: Granted.* So Ordered by District Judge Landya B. McCafferty.(jab)** (Entered: 01/15/2014) |
| 01/15/2014 | | | Amended Trial Notice: Pretrial Statements due 5/16/2014. LR 16.2(d) Objections due 5/30/2014. Final Pretrial Conference reset for 6/3/2014 02:00 PM before District Judge Landya B. McCafferty. Jury Trial reset for two–week period beginning 6/17/2014 09:30 AM before District Judge Landya B. McCafferty. Summary Judgment Motions due by 2/18/2014.(jab) (Entered: 01/15/2014) |
| 01/15/2014 | <u>120</u> | 23 | Appeal Cover Sheet as to<u> 118</u> Notice of Appeal filed by J. D. Isaac. (jab) (Entered: 01/15/2014) |
| 01/15/2014 | <u>121</u> | 25 | Clerk's Certificate transmitting Record on Appeal to US Court of Appeals, documents numbered 106, 109, Endorsed Order on doc. no. 109, 118 and 120, re<u> 118</u> Notice of Appeal. A copy of the Notice of Appeal mailed to all parties this date.(jab) (Entered: 01/15/2014) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.  D.C.# Case No. 12-cv-40-LM                                    C.C.A.#  <u>J. D. Isaacs</u>

2.  TITLE OF CASE:  <u>J. D. Isaacs v. Dartmouth Hitchcock Medical Center, et al.</u>

3.  NAME OF COUNSEL FOR APPELLANT(S):
    <u>See certified copy of docket (ECF registered users not provided with a copy of docket)</u>

4.  NAME OF COUNSEL FOR APPELLEE(S):
    <u>See certified copy of docket (ECF registered users not provided with a copy of docket)</u>

5.  NAME OF JUDGE: Landya B. McCafferty, United States District Judge

6.  COURT REPORTER(S) & DATES:                        Yes
    Diane Churas, 11/1/2013   Motions Hearing

    TRANSCRIPTS ORDERED / ON FILE                      NO

7.  HEARING / TRIAL EXHIBITS                           N/A

8.  COURT-APPOINTED COUNSEL                            NO

9.  FEE PAID                                           YES

10. IN FORMA PAUPERIS                                  NO

11. MOTIONS PENDING                                    NO

12. GUIDELINES CASE                                    NO

13. RELATED CASES ON APPEAL                            NO

    C.C.A. # (IF AVAILABLE):

    DATE OF LAST N OF A:

14. SPECIAL COMMENTS:

FOR DISTRICT COURT USE ONLY

--ATTACH TO FILE COPY OF CCAINFO--

Prepared by: , Deputy Clerk

cc:     All counsel/pro se parties, with attachment(s):
                        date-stamped copy of notice of appeal
                        Transcript Report / Transcript Order Form
                        Court Reporter(s)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

J. D. Isaacs

v.                                                  Case No. 12-cv-40-LM

Dartmouth Hitchcock Medical Center

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

I, Judith A. Barrett, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following are herewith transmitted to the First Circuit Court of Appeals to constitute the record on appeal

DOCUMENTS NUMBERED:   106, 109, endorsed order on doc. no. 109, 118 and 120.

IN TESTIMONY WHEREOF, I hereunto set
my hand and affix the seal of said Court, at
Concord, in said District, on this day,
January 15, 2014.

DANIEL J. LYNCH, Clerk

By: /s/ Judith A. Barrett, Deputy Clerk
Jan 15, 2014

cc:   J. D. Isaacs, pro se
      Christopher Pyles, Esq.
      Edward Kaplan, Esq.
      Kathleen Peahl, Esq.
      Pierre A. Chabot, Esq.

Dr. Isaacs
3553 West Chester Pike Unit #177
Newtown Square, PA 19073
Telephone: (212) 257-0737
Email: jdi@alum.dartmouth.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| DOCTOR J. D. ISAACS | ) | |
| | ) | |
| Plaintiff, *pro se*, | ) | Case No. CV-12-40-LM |
| | ) | |
| -V- | ) | |
| | ) | **NOTICE OF APPEAL** |
| DARTMOUTH HITCHCOCK MEDICAL CENTER; | ) | |
| DOCTOR CHRISTINE FINN; | ) | |
| MARY HITCHCOCK MEMORIAL HOSPITAL; | ) | |
| TRUSTEES OF DARTMOUTH COLLEGE; | ) | |
| | ) | |
| | ) | |
| and JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

JDIsaacs v. DARTMOUTH ET AL
Case No. 12-CV-40-LM

# I. NOTICE OF APPEAL

Notice is hereby given that *pro se* Plaintiff J.D. Isaacs hereby appeals to the United States Court of Appeals for the First Circuit concerning an order denying sanctions, injunctive relief, and discovery.

On November 4th, former Magistrate McCafferty issued an order denying Plaintiff's Motion for Sanctions. The Plaintiff immediately sought reconsideration by Chief Judge LaPlante. The Court subsequently appointed District Judge McCafferty to the case, upon her confirmation as District Judge. District Judge McCafferty denied the Motion for Reconsideration on January 2nd 2014. Review of the matter is sought.

A stay on current litigation has been denied by the District Court, and is hereby requested by the First Circuit pending determination of sanctions and/or forensic investigation of the destroyed emails.

Respectfully submitted, this 9th day of January, 2014.

/s/ JD ISAACS

J. D. ISAACS

3553 West Chester Pike Unit 177

Newtown Square, PA 19073

Plaintiff, *pro se*

**CERTIFICATE OF SERVICE**

I, J.D. Isaacs, do declare as follows:

I certify that a copy of the foregoing NOTICE OF APPEAL  was delivered via USPS & electronically to counsel for the Defendants with counsel, and mailed conventionally to those without known counsel.

Executed on this 9th day of January, 2014.


_____ /s/ J. D. Isaacs

J. D. ISAACS

Plaintiff, *pro se*

Case 1:12-cv-40   NEF for Docket Entry   Filed 01/02/2014   Page 1 of 1

```
MIME-Version:1.0
From:ecf_bounce@nhd.uscourts.gov
To:nef@nhd.uscourts.gov
Bcc:
--Case Participants: Pierre A. Chabot (pchabot@wadleighlaw.com), Christopher James Pyles
(cpyles@sulloway.com, sparkinson@sulloway.com), Kathleen C. Peahl (kpeahl@wadleighlaw.com,
tveilleux@wadleighlaw.com), Edward M. Kaplan (ekaplan@sulloway.com,
jbatchelder@sulloway.com, jwallace@sulloway.com), J. D. Isaacs (jdi@alum.dartmouth.org)
--Non Case Participants:
--No Notice Sent:

Message-Id:1220005@nhd.uscourts.gov
Subject:Activity in Case 1:12-cv-00040-LM Isaacs v. Dartmouth Hitchcock Medical Center et
al Order on Motion for Reconsideration
```
Content–Type: text/html

# U.S. District Court

## District of New Hampshire

**Notice of Electronic Filing**

The following transaction was entered on 1/3/2014 at 8:12 AM EST and filed on 1/2/2014

| | |
|---|---|
| **Case Name:** | Isaacs v. Dartmouth Hitchcock Medical Center et al |
| **Case Number:** | 1:12–cv–00040–LM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 ENDORSED ORDER denying [109] Motion for Reconsideration re: [106] Order. *Text of Order: Motion is denied in its entirety. To the extent plaintiff seeks to renew his request for a forensic expert, plaintiff shall file a separate motion seeking that relief –– in accordance with the court's order dated November 4, 2013 (document number 106).* So Ordered by District Judge Landya B. McCafferty.(gla)

**1:12–cv–00040–LM Notice has been electronically mailed to:**

Christopher James Pyles   cpyles@sulloway.com, sparkinson@sulloway.com

Edward M. Kaplan   ekaplan@sulloway.com, jbatchelder@sulloway.com, jwallace@sulloway.com

J. D. Isaacs   jdi@alum.dartmouth.org

Kathleen C. Peahl   kpeahl@wadleighlaw.com, tveilleux@wadleighlaw.com

Pierre A. Chabot   pchabot@wadleighlaw.com

**1:12–cv–00040–LM Notice, to the extent appropriate, must be delivered conventionally to:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


J. D. Isaacs

    v.                                    Civil No. 12-cv-40-JL

Dartmouth Hitchcock Medical
Center, et al.[1]


**O R D E R**


    Pending before the court are numerous motions concerning discovery and other related matters (doc. nos. 71, 72, 75-77, 79, 86, 89, 93, 98, and 100-102).  The district judge has referred all pending motions in this case to this magistrate judge for ruling.  I held a hearing on October 31, 2013, concerning all pending motions in this matter.  I issued oral rulings from the bench on all but one of the motions, plaintiff's motion for a subpoena for PACER records (doc. no. 89).  What follows is a summary of my oral rulings and resolution of the motion for a subpoena for PACER records.

---

[1]The defendants in this matter are the Dartmouth Hitchcock Medical Center and Mary Hitchcock Memorial Hospital (collectively the "Hitchcock defendants"), and the Trustees of Dartmouth College and Dr. Christine Finn (collectively the "College defendants").

1.   <u>Joint Motion for Hearing for Emergency Scheduling
     Conference (Doc. No. 72) and Plaintiff's Motion to Strike
     Motion for Hearing (Doc. No. 75)</u>

     The defendants' motion (doc. no. 72) is DENIED as moot, as

a hearing was held On October 31, 2013.  The plaintiff's motion

to strike (doc. no. 75) is also DENIED.


2.   <u>College Defendants' Motion for Protective Order (Doc. No.
     76) to prevent deposition of Dr. Jim Yong Kim</u>

     The motion (doc. no. 76) is GRANTED.  Once all of the other

depositions are complete in this matter, plaintiff may renew his

request for Dr. Kim's deposition, if he can demonstrate that Dr.

Kim possesses discoverable information not obtained or

obtainable from any other source.


3.   <u>Hitchcock Defendants' Motion for Protective Order (Doc. No.
     79) and College Defendants' Motion to Quash Subpoena (Doc.
     No. 98) to change the location of depositions of Drs.
     Riblet, Friedman, and Green</u>

     The motions (doc. nos. 79 and 98) are GRANTED.  Depositions

will be held at a neutral location in Lebanon with an off-duty

law enforcement officer present.  As agreed to by defendants,

the costs associated with obtaining a neutral location and

hiring the officer will be borne by defendants.

4.  <u>Plaintiff's Motion for a Protective Order (Doc. No. 86)</u>
    <u>concerning the deposition of the plaintiff</u>

The motion (doc. no. 86) IS DENIED as unnecessary because
defendants have agreed that the deposition of the plaintiff can
be held on one day and will last less than six hours.  The
deposition will be conducted in two three-hour sessions, to take
place on the same day, with at least one hour in between the
sessions.

5.  <u>Defendants' Motion for Protective Order (Doc. No. 102)</u>
    <u>Concerning Depositions of New Jersey and California</u>
    <u>Witnesses (Drs. Guez and Simon)</u>

The motion (doc. no. 102) is DENIED as unnecessary because
plaintiff has agreed that the depositions of witnesses Guez and
Simon will be conducted in the city or town where the witnesses
live or work, or as otherwise agreed by the parties.

6.  <u>Plaintiff's Motion for Subpoena (Doc. No. 89) for PACER</u>
    <u>Service</u>

The motion (doc. no. 89) is DENIED without prejudice to
plaintiff renewing his motion if he is unable to obtain the
information he seeks in discovery.

7.  <u>Plaintiff's Motion for Sanctions and Injunctive Order (Doc.</u>
    <u>No. 71) and Addendum (Doc. No. 77)</u>

The plaintiff's motion (doc. no. 71) is GRANTED in part and
DENIED in part, as specified herein:

A.  <u>Sanctions</u>

All of plaintiff's requests for sanctions are DENIED.  The
defendants have not violated any court order to compel
discovery.  Sanctions are inappropriate at this time.

B.  <u>Admissions</u>

Plaintiff's request to have any fact deemed admitted by any
defendant is DENIED, as it is mooted by the scheduling order
issued today.

C.  <u>Email</u>

i.  <u>Keyword Searches</u>

Plaintiff's request for "Keyword Searches" of the email
systems of the Hitchcock and College defendants for the term
"Isaacs" is GRANTED in part and DENIED in part.  As discussed at
the hearing, the defendants will provide to plaintiff the
results of Keyword Searches for certain individuals' email
accounts for the period beginning January 1, 2011, and ending
March 19, 2012.

The College defendants have agreed to produce to plaintiff,
on or before November 14, 2013, search results for the keyword
"Isaacs" for the email accounts of: Attorney O'Leary, Dr. Jim
Yong Kim, and Dr. Alan Green.  The Hitchcock defendants have

Case 1:12-cv-00040-LM  Document 106  Filed 11/04/13  Page 5 of 5

agreed to produce to plaintiff, on or before November 14, 2013, search results for the keyword "Isaacs" for the email accounts of: Dr. Christine Finn, Dr. Marc Bertrand, and Dr. Harley Friedman.  To the extent that defendants assert a privilege as a reason not to disclose any results of these searches, a privilege log will also be provided to plaintiff by November 14, 2013.

###### ii.  Forensics Expert

Plaintiff's request for a forensics expert to attempt to recover plaintiff's Outlook email account is DENIED at this time, without prejudice to renewal should the information he seeks not be produced during the Keyword Searches to be conducted by defendants pursuant to this order.

The court notes that plaintiff made clear during the hearing that he was less concerned with the production of his Outlook account than he is with the Keyword Search (for "Isaacs") of certain employees of defendants.  As plaintiff candidly admitted, plaintiff is generally aware of what was in his Outlook account, as he previously saw the ingoing and outgoing emails of that account.  Plaintiff stated that he cannot recall any "smoking gun" email evidence in his Outlook account.

D.   Patient Records

Plaintiff, in the addendum to his motion for sanctions and
an injunction order (doc. no. 77), asks the court to compel
defendants to produce medical records of certain patients he
treated during his internal medicine rotation.  The request is
DENIED as plaintiff has not demonstrated the materiality of
those records to any issue in this matter.

8.   Plaintiff's Motion to Quash Subpoenas (Doc. No. 93) for USC
     and American University of the Caribbean records

The motion to quash (doc. no. 93) is DENIED.  The relevance
of educational records has been demonstrated by defendants.
Plaintiff's argument that the confidential settlement concerning
the USC records precludes discovery is not accurate.  The
settlement agreement exempts from its purview any court-ordered
disclosure.

9.   Defendants' Motion to Compel (Doc. No. 100) Answers to
     Interrogatories 11, 17, 18 and 21

The motion (doc. no. 100) is GRANTED.  The defendants have
demonstrated the relevance of the requested information.
Plaintiff is directed to respond to interrogatories numbered 11,
17, 18 and 21 on or before November 14, 2013.

10.  Defendants' Motion for a Protective Order (Doc. No. 101)

Because the parties have extreme difficulty agreeing on simple matters of discovery, and because so much of the discovery in this case concerns confidential matters (such as medical records; audit trails; quality assurance information; personnel records, including evaluations and testing; educational records; and employment records), the court believes a broad confidentiality order is appropriate.  The motion for a protective order (doc. no. 101) is therefore GRANTED.  The court has issued this date, a protective order in this matter substantially similar to the proposed order (doc. no. 101-1) submitted by the Hitchcock defendants.  The court notes that the protective order applies to all of the parties in this case.

11.  Scheduling

A.  Each party will have until December 2, 2013, to submit a request to any other party to produce any interrogatory response, document, or other item in discovery, or to notice any depositions yet to be taken.

B.  The parties will then have until January 2, 2014, to either produce the discovery requested, produce privilege logs, or submit to the requesting party any objection, in writing, to providing the requested item.

C.    Any motions to compel, or other motions to resolve any outstanding discovery dispute, must be filed by January 16, 2014.  These motions must be in compliance with the Federal Rules of Civil Procedure and this court's Local Rules.

The court reminds plaintiff that pro se parties must follow the rules of court and the Federal Rules of Civil Procedure.  As just one example, with any motion to compel, our local rules require the movant to attach an exact copy of the request and the response.  Failure to abide by the rules of court may result in sanctions, such as the court denying a motion that fails to so comply.

D.    Discovery will close on February 3, 2014.

E.    The deposition of the plaintiff will take place on or before December 19, 2013.

F.    All experts will be disclosed in compliance with Fed. R. Civ. P. 26(a)(2)(B).  The plaintiff must disclose expert witnesses by December 13, 2013.  Defendants must disclose expert witnesses by January 10, 2013.  Plaintiff's supplementations under Fed. R. Civ. P. 26(e) are due December 27, 2013, and defendants' supplementations are due January 24, 2014.  Challenges to expert testimony must be made by February 28, 2014.

G.    Motions for summary judgment are due February 17, 2014.

H.    A final pretrial conference will be held June 27, 2014, at 2:00 p.m.

I.    Trial is continued to the two-week trial period beginning July 8, 2014.

     SO ORDERED.

                                    _____
                                    Landya McCafferty
                                    United States Magistrate Judge

November 4, 2013

cc:  Christopher James Pyles, Esq.
     Edward M. Kaplan, Esq.
     Kathleen C. Peahl, Esq.
     Pierre A. Chabot, Esq.
     Jeffrey D. Isaacs, M.D., pro se