# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 14-1085          **Short Title:** Isaacs v. Dartmouth Hitchcock

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

The Trustees of Dartmouth College and Christine T. Finn, MD        as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Pierre A. Chabot _____     01/30/2014 _____
Signature                                 Date

Pierre A. Chabot _____
Name

Wadleigh, Starr & Peters, PLLC     (603) 669-4140 _____
Firm Name (if applicable)            Telephone Number

95 Market Street _____     (603) 669-6018 _____
Address                              Fax Number

Manchester, NH 03101 _____     pchabot@wadleighlaw.com _____
City, State, Zip Code                Email (required)

Court of Appeals Bar Number: 1143452 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).