# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 14-1085          **Short Title:** Isaacs v. Dartmouth Hitchcock

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Dartmouth Hitchcock Medical Center and Mary Hitchcock Memorial Hospital   as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/Christopher J. Pyles
Signature

01/30/14
Date

Christopher J. Pyles
Name

Sulloway & Hollis, P.L.L.C.
Firm Name (if applicable)

603-224-2341
Telephone Number

9 Capitol St., P.O. Box 1256
Address

603-223-2934
Fax Number

Concord, NH 03302-1256
City, State, Zip Code

cpyles@sulloway.com
Email (required)

Court of Appeals Bar Number: 89392

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).