# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 14-1085     **Short Title:** Isaacs v. Dartmouth Hitchcock

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

The Trustees of Dartmouth College and Christine T. Finn, MD     as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Kathleen C. Peahl
Signature

01/30/2014
Date

Kathleen C. Peahl
Name

Wadleigh, Starr & Peters, PLLC
Firm Name (if applicable)

(603) 669-4140
Telephone Number

95 Market Street
Address

(603) 669-6018
Fax Number

Manchester, NH 03101
City, State, Zip Code

kpeahl@wadleighlaw.com
Email (required)

Court of Appeals Bar Number: 75728

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).