UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 14-1085

J.D. ISAACS
Appellant

v.

DARTMOUTH HITCHCOCK MEDICAL CENTER,
MARY HITCHCOCK MEMORIAL HOSPITAL,
DR. CHRISTINE T. FINN, AND THE
TRUSTEES OF DARTMOUTH COLLEGE
Appellees

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FRAP 26.1**

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellees Dartmouth Hitchcock Medical Center and Mary Hitchcock Memorial Hospital state as follows:

Neither the Dartmouth Hitchcock Medical Center nor the Mary Hitchcock Memorial Hospital have any parents or stock.  The Dartmouth Hitchcock Medical Center has three sole members – The Dartmouth Hitchcock Clinic, Mary Hitchcock Memorial Hospital and Dartmouth Clinic.  Although these sole members are considered to be the equivalent of parents under New Hampshire nonprofit law, there has been no stock issued.

                                                    DARTMOUTH HITCHCOCK MEDICAL
                                                    CENTER and MARY HITCHCOCK MEMORIAL
                                                    HOSPITAL

                                                    By Their Attorneys,
                                                    SULLOWAY & HOLLIS, P.L.L.C.

Dated:  February 19, 2014                 By  /s/ Christopher J. Pyles
                                                        Edward M. Kaplan (#1307)
                                                        Christopher J. Pyles, Esq. (#15165)
                                                       Sulloway & Hollis, P.L.L.C.
                                                       9 Capitol Street
                                                       Concord, NH 03301
                                                       (603) 223-2834

## CERTIFICATE OF SERVICE

  I hereby certify that on this 19th day of February, 2014, a true and correct copy of the foregoing **Disclosure Statement** was hereby served on all parties who receive service electronically through the Court's CM/ECF System.

             /s/ Christopher J. Pyles