UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

**No. 14-1085**

J.D. ISAACS
Appellant

v.

DARTMOUTH HITCHCOCK MEDICAL CENTER,
MARY HITCHCOCK MEMORIAL HOSPITAL,
DR. CHRISTINE T. FINN, AND THE
TRUSTEES OF DARTMOUTH COLLEGE
Appellees

_____

**NOTICE OF JOINDER**

_____

NOW COME the Appellees, Dartmouth Hitchcock Medical Center and Mary Hitchcock

Memorial Hospital, by counsel, and join in the Motion to Dismiss the Plaintiff's appeal, as filed

by the Co-defendants.  The Defendants adopt the legal analysis and arguments set forth therein,

and for those reasons respectfully request that the Motion to Dismiss be GRANTED and that the

Appeal be dismissed.

<div style="margin-left:50%">

DARTMOUTH HITCHCOCK MEDICAL
CENTER and MARY HITCHCOCK MEMORIAL
HOSPITAL

By Their Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

</div>

Dated:  February 19, 2014          By /s/ Christopher J. Pyles            ____
                                         Edward M. Kaplan (#1307)
                                         Christopher J. Pyles, Esq. (#15165)
                                         Sulloway & Hollis, P.L.L.C.
                                         9 Capitol Street
                                         Concord, NH 03301
                                         (603) 223-2834

{012085-0628 C1123560.1 }

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of February, 2014, a true and correct copy of the foregoing **Notice of Joinder** was hereby served on all parties who receive service electronically through the Court's CM/ECF System.


         /s/ Christopher J. Pyles