# United States Court of Appeals
## For the First Circuit

No. 14-1085

J.D. ISAACS

Plaintiff - Appellant

v.

DARTMOUTH HITCHCOCK MEDICAL CENTER;
MARY HITCHCOCK MEMORIAL HOSPITAL;
DR. CHRISTINE T. FINN;TRUSTEES OF DARTMOUTH COLLEGE,
d/b/a Dartmouth Medical School; JOHN DOE

Defendants - Appellees

DARTMOUTH COLLEGE TRUSTEES; JIM YONG KIM;
DR. DOUGLAS NOORDSY; DARTMOUTH MEDICAL SCHOOL

Defendants

### ORDER OF COURT

Entered: February 24, 2014
Pursuant to 1st Cir. R. 27.0(d)

Appellant Jeffrey David Isaacs has failed to file a transcript report/order form by the deadline. If transcripts are necessary for this appeal, appellant is directed to file a transcript report/order form by **March 10, 2014**. Absent a timely response, this court will set a briefing schedule.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Pierre A. Chabot

Jeffrey David Isaacs
Edward M. Kaplan
Kathleen C. Peahl
Christopher James Pyles