# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

No. 14-1085

Dr. J.D. Isaacs

v.

Dartmouth-Hitchcock Medical Center,

Mary Hitchcock Memorial Hospital,

Dr. Christine T. Finn, and the

Trustees of Dartmouth College

_____

## TRANSCRIPT ORDER FORM

On February 11th 2014, a transcript was ordered of the Motion hearing held on October 31st 2013. The Court Reporter, Ms. Diane Churas, certified the transcript today and filing is anticipated in the near future.

/s/ Jeffrey D. Isaacs

Plaintiff, Jeffrey David Isaacs

## Certificate Of Service

All counsel of record have been served a copy of this Transcript Order Form by ECF.

/s/ Jeffrey D. Isaacs

Plaintiff, Jeffrey David Isaacs