# United States Court of Appeals
## For the First Circuit

---

No. 14-1085

J.D. ISAACS,

Plaintiff, Appellant

v.

DARTMOUTH HITCHCOCK MEDICAL CENTER, ET AL.,

Defendants, Appellees,

---

DARTMOUTH COLLEGE TRUSTEES, ET AL.,

Defendants.

---

Before

Torruella, Howard and Thompson,
<u>Circuit Judges</u>.

---

**JUDGMENT**

Entered: March 31, 2014

Plaintiff's appeal from the district court's November 4, 2013 order is dismissed for lack of jurisdiction.

Appeal dismissed.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>.

cc:
Jeffrey Isaacs
Edward Kaplan
Christopher Pyles
Pierre Chabot
Kathleen Peahl