# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

No. 14-1085

Dr. J.D. Isaacs

Plaintiff-Appellant

v.

Dartmouth-Hitchcock Medical Center,

Mary Hitchcock Memorial Hospital,

Dr. Christine T. Finn, and the

Trustees of Dartmouth College

Defendants-Appellees

_____

## PETITION FOR REHEARING CONTINUANCE

The Plaintiff-Appellant suffered physical ailments including fever, chills and abdominal pain and was bedridden for much of the past ten days. Hereby requested, pursuant to Local Rule 40, is extension of the fourteen (14) days allowed for rehearing petition, to be continued to the present seventeen (17) days.

Pursuant to Local Rule 35, the proceeding involves questions of exceptional importance:

1) A Plaintiff-Appellant was denied the right to appeal a District Court denial of an inunction.

2) FRCP Rule 34 was blatantly violated by Defendant-Appellees, and more binding authority from the Circuit Courts/Supreme Court is needed to address growing concerns over ESI spoliation.

3) The individual who was either negligent or directly responsible for the ESI deletion is the President of the World Bank, Jim Yong Kim.

4) Plaintiff's protests lead to his retaliatory termination, in efforts to discredit him days before Kim's World Bank Nomination.

/s/ Jeffrey D. Isaacs
Plaintiff-Appellant, Jeffrey David Isaacs

## Certificate Of Service

All counsel of record have been served a copy of this Petition via ECF.

/s/ Jeffrey D. Isaacs
Plaintiff-Appellant, Jeffrey David Isaacs