# United States Court of Appeals
## For the First Circuit

---

No. 14-1085

J.D. ISAACS,

Plaintiff, Appellant

v.

DARTMOUTH HITCHCOCK MEDICAL CENTER, ET AL.,

Defendants, Appellees,

---

DARTMOUTH COLLEGE TRUSTEES, ET AL.,

Defendants.

---

Before

Lynch, Chief Judge,
Torruella, Howard, Thompson and Kayatta,
Circuit Judges.

---

**ORDER OF COURT**
**Entered:  May 5, 2014**

     Petitioner J.D. Isaacs has filed an untimely petition for rehearing en banc, and a motion to extend time.  Petitioner's motion to extend time is granted.

     Pursuant to this Court's Internal Operating Procedure X.C., we treat a petition for rehearing en banc also as a petition for rehearing before the original panel.  The petition for rehearing having been denied by the panel of judges who decided this case, and the petition for rehearing en banc having been submitted to the active judges of this court, and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and petition for rehearing en banc be denied.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Pierre A. Chabot
Jeffrey David Isaacs
Edward M. Kaplan
Kathleen C. Peahl
Christopher James Pyles