# United States Court of Appeals
## For the First Circuit

No. 14-1085

J.D. ISAACS

Plaintiff - Appellant

v.

DARTMOUTH HITCHCOCK MEDICAL CENTER;
MARY HITCHCOCK MEMORIAL HOSPITAL;
DR. CHRISTINE T. FINN; TRUSTEES OF DARTMOUTH COLLEGE,
d/b/a Dartmouth Medical School;
JOHN DOE

Defendants - Appellees

DARTMOUTH COLLEGE TRUSTEES; JIM YONG KIM;
DR. DOUGLAS NOORDSY

Defendants

**MANDATE**

Entered: May 13, 2014

In accordance with the judgment of March 31, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Pierre A. Chabot
Jeffrey David Isaacs
Edward M. Kaplan
Kathleen C. Peahl
Christopher James Pyles