# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 15, 2014

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:  J. D. Isaacs
           v. Dartmouth Hitchock Medical Center, et al.
           No. 14-179
           (Your No. 14-1085)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 1, 2014 and placed on the docket August 15, 2014 as No. 14-179.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Clayton Higgins
                              Case Analyst