# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

October 20, 2014

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: J. D. Isaacs
v. Dartmouth Hitchcock Medical Center, et al.
No. 14-179
(Your No. 14-1085)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk